

263 So.2d 49

**STATE of Louisiana**

**v.**

**Evariste V. WASHINGTON.**

**No. 52588.**

June 22, 1972.

Application denied; the ruling of the trial judge is correct.

Writ denied. The judgment is correct.

263 So.2d 49

**Willie Roy COCKERHAM**

**v.**

**CONSOLIDATED UNDERWRITERS and Winnfield Veneer Company.**

**No. 52575.**

June 22, 1972.

263 So.2d 49

**James H. STURCKE**

**v.**

**Bessie S. CLARK and the Hanover Insurance Company.**

**No. 52582.**

June 22, 1972.

Application not considered. Not timely filed. See Art. 7, Sec. 11, La.Const. 1921.